[No. 10028–6–III.   Division Three.   March 22, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. CARLOS
SAAVEDRA BENITEZ, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 89–1–00527–7, Heather Van Nuys, J., entered May 9, 1989. *Affirmed* by unpublished opinion per Shields, J., concurred in by Munson, C.J., and Green, J.

[No. 9555–0–III.   Division Three.   March 22, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. MARISELA
MARTINEZ VALENCIA, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 88–1–00559–7, Carl L. Loy, J. Pro Tem., entered September 2, 1988. *Affirmed* by unpublished opinion per Munson, C.J., concurred in by Green and Shields, JJ.

[No. 24698–4–I.   Division One.   March 26, 1990.]

THE CITY OF SEATTLE, *Petitioner,* v. MARJORIE
GREEN, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 88–1–05805–5, Frank L. Sullivan, J., entered July 31, 1989. *Reversed* the decision of the Superior Court and *reinstated* the judgment by unpublished per curiam opinion.